UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-CV-24164-UU

LYNDA SAINT FLEUR,

        Plaintiff,

vs.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice [D.E. 44]. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [D.E. 44] is hereby approved, adopted, and ratified by the Court;
2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. The Clerk shall CLOSE this case and DENY any pending motions as moot;
4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in chambers in Miami, Florida this 17 day of August, 2015.

The Honorable Ursula Ungaro
United States District Judge

*Copies furnished to:*
Counsel of Record